Argued December 7—decided December 7, 1971

## State of Connecticut v. Anthony LaSelva

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

637

638

*John P. McKeon,* for the appellee (defendant).

*Francis M. McDonald,* state's attorney, for the appellant (state).

Argued December 7—decided December 7, 1971